UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 27  3 39 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

WILLIE HARRIS

V.

LT. R. MEULEMANS, ET AL.

PRISONER
CASE NO. 3:02CV1580 (JBA)(JGM)

RULING AND ORDER

Federal Rule of Civil Procedure 4(m) states that "if service of the summons and complaint is not made upon the defendants within 120 days after the filing of the complaint, the court . . . upon its own initiative after notice to the plaintiff, shall dismiss the case without prejudice . . . ." In the instant case, the 120 day period provided for service has elapsed and the complaint has not been served on any of the defendants in either the individual or official capacities.

The court ordered the plaintiff to serve the defendants in their individual and official capacities on November 1, 2002. In response, on September 10, 2003, the plaintiff filed a "Motion of Discovery" claiming that none of the defendants are working at the same facility they were working at in 1999. He asks the court to provide him with information on where the defendants are currently located. It is the plaintiff's responsibility to determine where the defendants may be served. The plaintiff does not allege that he has made any efforts to determine their present places of employment. The plaintiff may contact the Inmates' Legal Assistance Program if he needs assistance in

ascertaining an address or addresses where the defendants may be served in their individual capacities.

The plaintiff also sues the defendants in their official capacities. Because the defendants are named as employees of a state department, any suit against them in their official capacity is considered a suit against the State of Connecticut. The plaintiff is directed to follow the enclosed instructions on service of the complaint on a state or local government to effect service on the defendants in their official capacities.

For the reasons set forth above, the plaintiff's "Motion for Discovery" [doc. # 7] is DENIED. The plaintiff is permitted **forty-five days** from the date of this order to serve the defendants in their individual and official capacities. The plaintiff shall file his returns of service within **sixty days** of the date of this order. Failure to comply with this order will result in dismissal of the complaint as all defendants. **The Clerk is directed to send the plaintiff a copy of the Court's Instructions For Serving A Complaint If You Have Paid The Filing Fee and four summons forms with a copy of this order.**

SO ORDERED this 26th day of Feb., 2004 at New Haven, Connecticut.

_____
Joan G. Margolis
United States Magistrate Judge

2