UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIE HARRIS                                      PRISONER
                                    CASE NO. 3-02-cv-1580 (JBA) (JGM)

LT. R. MEULEMANS, ET AL

## ORDER

The plaintiff paid the filing fee to commence this action.  Because the plaintiff has paid the filing fee in this case, the plaintiff is solely responsible for effecting service of the complaint on the defendants.  On November 1, 2002, the court directed the plaintiff to serve the complaint on the defendants and to file a return of service with the court.  On February 27, 2004, the court issued a second order directing the plaintiff to serve the defendants with a copy of the complaint within forty-five days of the order.  On May 4, 2004, the plaintiff sent a letter to the court indicating that he had written to the Department of Correction seeking service addresses for the defendants.  The Department of Correction did not provide the plaintiff with addresses, but referred the plaintiff to the attorney assisting him at Inmates' Legal Assistance.

Federal Rule of Civil Procedure 4(m) states that "if service of the summons and complaint is not made upon the defendants within 120 days after the filing of the complaint, the court . . . upon its own initiative after notice to the plaintiff, shall dismiss the case without prejudice . . . ."  In the instant case, the 120 day period provided for

service has elapsed and the complaint has still not been served on any of the defendants.

The Department of Correction has provided the court with an employment address for defendant Meulemans. The address is 3 Walker Drive, Enfield, Connecticut 06082. The Department of Correction did not provide the court with addresses for defendants Brooks, Santopietro or Matos because the individuals are no longer employed by the Department of Correction.

The plaintiff sues the defendants in their individual and official capacities. Under Rule 4(d), Fed. R. Civ. P., a plaintiff may attempt to serve a defendant in a lawsuit, who is an individual, by mailing the defendant Notice of Lawsuit and Waiver of Service of Summons forms. The court directs the plaintiff to serve defendant Meulemans in his individual capacity by mail at the address set forth above using Notice of Lawsuit and Waiver of Service of Summons forms.

Under Rule 4(j)(2), a plaintiff may attempt to serve a state government employee in his or her official capacity "by serving the summons and complaint in the manner prescribed by the law of the state . . ." Under Connecticut General Statutes § 52-64, "Service of civil process in any civil action . . . against the state . . . or against any officer . . . or employee of the state . . . may be made by leaving an true and attested copy of the process, including the . . . complaint, with the Attorney General or at his office in Hartford." Conn. Gen. Stat. § 52-64.

2

The court directs the plaintiff to serve the defendants in their official capacities as employees or former employees of the State of Connecticut Department of Correction by delivering a copy of the summons and complaint to the Attorney General for the State of Connecticut, Richard Blumenthal.  Service need not be effected by a process server or a state marshal.  Instead, "[s]ervice may be effected by any person who is not a party and who is at least 18 years of age."  Fed. R. Civ. P. 4(c)(2).

<u>Conclusion</u>

The Clerk is directed to prepare one summons for all defendants in their official capacities c/o Connecticut Attorney General Richard Blumenthal, 55 Elm Street, Hartford, Connecticut 06105.  The Clerk shall mail the summons, eight copies of the complaint and four Notice of Lawsuit and Waiver of Service of Summons forms and four Waiver of Service of Summons forms to the plaintiff together with a copy of this order. **The plaintiff shall serve the complaint on the defendants in their individual and official capacities within thirty days of the date of this order and file returns of service with the court within forty-five days of the date of this order.  Failure to effect service of the complaint within the time specified will result in dismissal of the complaint without further notice from the court.**

**SO ORDERED** this _____ day of June, 2004 at New Haven, Connecticut.

_____
Joan G. Margolis
United States Magistrate Judge

4