UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 25 P 4: 48

| | | |
|---|---|---|
| WILLIE HARRIS | : | PRISONER |
| | : | NO. 3:02CV1580(JBA)(JGM) |
| VS. | : | |
| | : | |
| LT. ROBERT MEULEMANS, ET AL. | : | AUGUST 24, 2004 |

## APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in their individual capacity in addition to any Appearances already on file in regards to the above-entitled matter

Dated at Hartford, Connecticut, this 23rd day of August, 2004.

DEFENDANTS,
Lt. Robert mMeulemans, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Neil Parille
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 24th day of August, 2004 to:

Willie Harris, Inmate No. 162841
Osborn Correctional Institution
335 Bilton Road, P Box 100
Somers, CT 06071

_____
Neil Parille
Assistant Attorney General

2