UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIIE HARRIS | : | PRISIONER |
| | : | NO. 3:02CV1580 (JBA)(JGM) |
| VS. | : | |
| | : | |
| LT. R. MEULEMANS, ET AL. | : | MARCH 30, 2005 |

**THE DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING**

The undersigned counsel, on behalf of the defendants, moves for a thirty day extension of time (until May 4, 2005) to file a responsive pleading in this case. The undersigned further represents as follows:

1. An answer of other responsive pleading is due on April 4, 2005.

2. The undersigned has a large case load and has been unable to research this matter to appropriately respond to the complaint.

3. This is the first request for extension of time on any deadline in this case.

4. The undersigned has not contacted the plaintiff, who is pro se and incarcerated, on concerning this motion.

**ORAL ARGUMENT NOT REQUESTED.
TESTIMONY NOT REQUIRED.**

DEFENDANTS,
Lt. R. Meulemans, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Neil Parille
Assistant Attorney General
Fed. Bar No. ct15278
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No. (860) 808-5591
E-mail:  neil.parille@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 30th day of March 2005 to:

Willie Harris, Inmate No. 162841
Osborn Correctional Institution
335 Bilton Road, PO 100
Somers, CT 06071

___/s/_____
Neil Parille
Assistant Attorney General