UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIE HARRIS | : | |
| | : | PRISONER |
| v. | : | Case No. 3:02cv1580 (JBA) |
| | : | |
| R. MEULEMANS, ET AL | : | |

ENDORSEMENT ORDER [DOC. #13]

Motion for Extension of Time [doc. #13] is GRANTED, nunc pro tunc, to and including 5/4/05.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut:   May 13, 2005