UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIIE HARRIS | : | PRISIONER |
|  | : | NO. 3:02CV1580(JBA)(JGM) |
| VS. | : |  |
|  | : |  |
|  | : |  |
| LT. R. MEULEMANS, ET AL. | : | MAY 3, 2005 |

### THE DEFENDANTS' MOTION TO DISMISS

The undersigned counsel, on behalf of the defendants, moves to dismiss the plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. More specifically, the plaintiff has failed to state a claim for which relief may be granted for the following reasons:

1. The plaintiff has no liberty interest in any classification decision based on a finding that he is a member of a gang.

2. The plaintiff did not lose any good time as a result of the tickets in question and, as a result, such tickets did not implicate a liberty interest.

In support of their arguments, the defendants rely upon a memorandum of law submitted contemporaneously with this motion.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

        DEFENDANTS
Lt. R. Meulemans, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
   Neil Parille
   Assistant Attorney General
   Federal Bar No. 15278
   110 Sherman Street
   Hartford, CT  06105
   Telephone No.:  (860) 808-5450
   Fax No. (860) 808-5591
   E-mail:  neil.parille@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 3rd day of May 2005 to:

Willie Harris, Inmate No. 162841
Osborn Correctional Institution
335 Bilton Road, PO 100
Somers, CT 06071

   ___/s/_____
   Neil Parille
   Assistant Attorney General