UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**WILLIE HARRIS**                :

**v.**                           :   **NO. 3:02cv1580 (JBA)**
                                     **PRISONER**
**MEULEMANS, ET AL**             :

### ORDER OF NOTICE TO PRO SE LITIGANT

On 5/16/05 defendants Meulemans, Brooks, Santopietro and Matos filed their Motion to Dismiss [doc. #15] and accompanying memorandum in support [Attachment #1].

The Court hereby gives express notice to the pro se plaintiff Willie Harris that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," D. Conn. L. Civ. R. 9(a). See generally Ruotolo v. IRS, 28 F.3d 6 (2d Cir. 1994) (court has obligation to make certain that pro se litigants are aware of the Local Rules and understand the consequences of the failure to comply with such rules). Your opposition to Defendants' Motion to Dismiss [doc. #15] must be filed on or before **June 7, 2005**, or risk dismissal of your case in its entirety.

If the Motion to Dismiss is granted, your Complaint will be dismissed and this matter will be closed.

IT IS SO ORDERED.

_____
JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut this 20th day of May 2005.**