Willie Harris #162841

vs.

Lt. R. Meulemans, Et. AL.

**FILED**
2005 MAY 24 P 12:18
US DISTRICT COURT
BRIDGEPORT, CONN

United States District Court
District of Connecticut

: Prisoner
: No. 3:02-CV-1580 (JBA)(JGB)
: May 18, 2005

## Motion For Extension of Time

The plaintiff, in the above-entitled action, moves for an extension of time to prepare, formulate and file a response to the Defendants' Motion To Dismiss which was filed with this Honorable Court on May 3rd, 2005.

Pursuant to Federal Rules of Civil Procedure which are applicable to this instant case the plaintiff requires the additional time to properly prepare his objection/response to the motion to dismiss. In addition he's acting pro se in his own behalf. Available access to the prison Law Library is very limited to only a couple times/week for only one (1) hour at a time. Also, the plaintiff has an unrelated Habeas Corpus matter in Court at present which is taking his limited time to prepare. Ref. CV-98-0421066-S

Willie Harris #162841

vs.

Lt. R. Meulemans, Et. AL.

United States District Court
District of Connecticut

: Prisoner
: No. 3:02-CV-1580 (JBA)(JGB)
: May 18, 2005

### Motion For Extension of Time

Therefore, For the reasons stated above, the plaintiff respectfully requests an extension of Ninety (90) days to file an appropriate objection/Response.

Oral Argument Not Requested
Testimony Not Required

Willie Harris #162841
O.C.I. P.O. Box 100
Somers, CT. 06071

Respectfully Submitted:         Pro-Se plaintiff

### Certification

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this 18th day of May, 2005, to:

Neil Parille, AAG.
110 Sherman St.
Hartford, CT. 06105

Willie Harris #162841