**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **HARRIS** | : |
| **v.** | : NO. 3:02cv1580 (JBA) |
| | PRISONER |
| **MEULEMANS, ET AL** | : |

**ENDORSEMENT ORDER [DOC. #17]**

Ordinarily, plaintiff's response to Defendants' Motion to Dismiss would have been due May 23, 2005. Plaintiffs' Motion for Extension of Time [doc. #17] is GRANTED, in part, to and including July 22, 2005. Plaintiff's Motion does not give good cause for the full 90 days requested.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **June 21, 2005**