United States District Court
District of Connecticut

FILED
2005 JUN 23 P 5:21
U.S. DISTRICT COURT

Willie Harris          :  Prisoner

    vs.                :  No: 3:02 CV-1580 (JBA)(JGM)

Lt. R. Meulemans, ET. AL.  :  June 14th, 2005


### Motion for Appointment of Counsel

The undersigned plaintiff, pursuant to Sec. 1915 of the Federal Rules of Civil Procedure and the Criminal Justice Act seeks appointment of counsel from this Honorable Court. Rule 7b, the plaintiff seeks a pro-bono lawyer from the pool of available counselors listed with the Clerk's Office of the U.S. Fed. District Court.

In support of this motion he offers the following:

1. The plaintiff is unable to afford counsel

2. He is an indigent state prisoner, with meritorious issues.

3. The issues involved in this case are complex, diverse and require a competent, experienced member of the Federal Bar to adjudicate same.

4. The plaintiff, as a state prisoner, has extremely limited access to the Law library which is woefully inadequate, at best.

5. The plaintiff has a scintila of knowledge of the law or even the rules + procedures of this Honorable Federal Court, requiring assistance.

6. The plaintiffs' attempts at discovery to further investigate his claims and issues have gone unresolved and unanswered. In one instance he was charged for a copy of a report which would help support his claim (exhibit F-1 attatched) yet Never received the copy he paid for 2yrs. hence.

7. He has been transferred from place to place within the penetentiary system to further erode his ability to muster a meaningful challenge to the unlawful disciplinary proceedings that prompted this instant Federal Civil Rights Action.

8. The Defendants' Motion to Dismiss is being strongly disputed, objected to, contravened and denied by the undersigned plaintiff.

9. Factors previously unknown to the court can and will be presented by the appointed counsel in a timely fashion via an amended complaint filing.

10. The outcome of this proceeding may very well be decided in the plaintiffs' favor upon a total review of all the relevant facts that are currently in dispute.

Therefore in light of the above and for all the Courts' indulgence and wisdom and patience the undersigned plaintiff respectfully ask for appointment of counsel.

Respectfully Submitted
Willie Harris
Willie Harris #162841
Osborn Corr. Inst.
100 Bilton Rd. P.O. Box 100
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was sent by first-class mail, this 14th day of June 2005 to:

Neil Parille
Assistance Atty. General
Fed. Bar No. ct. 15278
110 Sherman St.
Hartford, CT. 06105

_Willie Harris_
Willie Harris #162841

(Exhibit F-1)

# Inmate Request Form
### Connecticut Department of Correction

**RECEIVED** JUN - 4    MACDOUGALL-WALKER C.I. WARDEN'S OFFICE

**Inmate Name:** Willie Harris

Inmate #: 162841

**Facility:** M.C.I.

**Housing unit:** J1-20

**Date:** 5-31-02

**Request:** Warden Murphy, I requested a copy of a (CN 6601) incident report dated 7/2/99. Which Counselor Hutch told me verbally that he could not give it to me, I had to go through an attorney to get it. To my understanding it's apart of my Central File and I need a copy as soon as possible. Please & Thank you!

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Submitted to:**

**Date:**

**Acted on by:**

**Action Taken and/or Response:**

I will have CS O'Neill handle in acc w/ FOI standards. This response serves as acknowledgment of your request.

*(continue on back if necessary)*

**Response to Inmate Date:** 6-5-02

**Staff Member Signature:** B.M c/ CS O'Neill - Handle in acc

(Exhibit F-1)



# STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION
MACDOUGALL - WALKER CORRECTIONAL INSTITUTION
1153 EAST ST. SOUTH
SUFFIELD, CONNECTICUT 06080

**John J. Armstrong**
Commissioner

**Brian K. Murphy**
Warden

June 7, 2002

Willie Harris #162841, J1-20
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Dear Mr. Harris:

  Regarding your Inmate Request Form received in my office on June 4, 2002, please be advised your Freedom of Information request was acknowledged in an April 24, 2002 memo from DOC Director of Intelligence, James E. Huckabey to your attorney, Walter C. Bansley.

  As you will note from your copy of the letter, the documents will be forwarded upon receipt of a check made payable to "Treasure, State of Connecticut" in the amount of $6.75 (27 pages at 25 cents per page).

Sincerely,

*[signature]*

Brian K. Murphy
Lead Warden

BKM/JFO/dto
C: Director James E. Huckabey
 Anne Cournoyer, Coordinator Standards & Policy Unit
 CCS J. O'Neill, MacDougall-Walker FOI Coordinator
 Intelligence Coordinator

(Exhibit F-1)

**Special Request Form**
**Connecticut Department of Correction**

SRF 20

| | |
|---|---|
| Inmate No. 162841 | Date 7/16/02 |
| Inmate Name Willie Harris | |

Payee Information

Name Treasure, State of Connecticut
Street
City
State, Zip Code

Reason Copies

Amount $ 6.75

Inmate Signature
(in presence of counselor) Willie Harris

APPROVAL STAMP:

COMPLETE

Original: I/M Accts
Pink: Inmate
Yellow: Counselor



# MEMORANDUM

**To:** *Willie Harris #162841, J1-20*

**From:** *CCS J/ O'Neill, FOI Unit Coordinator*

**Date:** *July 22, 2002*

**Re:** *Your Freedom of Information Request*

---

    *In Warden Murphy's last communiqué to you, he indicated your FOI documents would be forwarded to you upon receipt of a check made payable to "Treasurer, State of Connecticut" in the amount of $ 6.75.*

    *We have yet to receive the check*

    *Please advise me what your intentions are regarding this recent FOI request.*

JFO/dto
C: Lead Warden Brian K. Murphy
   Unit Manager Quiros

**MACDOUGALL-WALKER CORRECTIONAL INSTITUTION**
**1153 EAST ST. SOUTH**
**SUFFIELD, CT 06080**

(Exhibit F-1)



# MEMORANDUM

**To:** Willie Harris #162841, J1-20

**From:** CCS J. O'Neill, FOI Unit Coordinator  *J. O'Neill*

**Date:** August 16, 2002

**Re:** <u>Freedom of Information: Your 8/8/02 Request</u>

---

Mr. Harris:

    We are contacting Director Huckabey's office to ascertain the status of Attorney Bansley's FOI request to Director of Central Intelligence Huckabey, and Director Huckabey's subsequent April 24, 2002 response.

    We are working on your behalf to expedite this matter.

    Thank you for your understanding.

JFO/dto
C: Lead Warden Murphy

MACDOUGALL-WALKER CORRECTIONAL INSTITUTION
1153 EAST ST. SOUTH
SUFFIELD, CT 06080