UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIE HARRIS

    v.                                                          PRISONER
                                        Case No.    3:02CV1580 (JBA) (JGM)
R. MEULEMANS, et al.

<u>RULING AND ORDER</u>

    The plaintiff seeks the appointment of <u>pro</u> <u>bono</u> counsel.  The Second Circuit has made clear that before an appointment is even considered, the plaintiff or defendant must demonstrate that he or she is unable to obtain counsel.  <u>See</u> <u>Hodge v. Police Officers</u>, 802 F.2d 58, 61 (2d Cir. 1986), <u>cert.</u> <u>denied</u>, 502 U.S. 996 (1991).  In this instance, the plaintiff fails to demonstrate that he is unable to secure counsel on his own.  The plaintiff does not indicate even one attempt made in finding counsel on his own.  The possibility that the plaintiff may be able to secure counsel independently precludes appointment of counsel by the court at this time.  Any renewal of this motion shall be accompanied with a summary of the plaintiff's attempts to obtain counsel and the reasons why assistance was unavailable.  Accordingly, plaintiff's Motion for Appointment of Counsel [**doc. # 19**] is **DENIED** without prejudice.

    SO ORDERED in New Haven, Connecticut, this 24th of August, 2005.

<u>/s/ Joan G. Margolis</u>

Joan G. Margolis
United States Magistrate Judge