UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIE HARRIS
                                       PRISONER
    v.                        CIVIL NO. 3:02CV1580 (JBA)

LIEUTENANT R. MEULEMANS
WARDEN LESLIE E. BROOKS
VINCENT SANTOPIETRO
PETER MATOS

## J U D G M E N T

This cause came on for consideration of the defendants' Motion to Dismiss before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motion to dismiss and all the related papers. On September 23, 2005, the court granted the motion to dismiss as to all claims in the complaint.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 23rd day of September, 2005.

                                              KEVIN F. ROWE, Clerk

                                              By /s/ Cynthia Earle
                                                    Cynthia Earle
                                                    Deputy Clerk

Entry on Docket _____